## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: December 16, 2009**

**Docket Number: 09   00278-WCA**

**TAMMY DEROUEN**
**VERSUS**
**WAL-MART STORES, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 05-06369**

**BEFORE JUDGES:**

 **Hon. Ulysses Gene Thibodeaux**
 **Hon. Marc T. Amy**
 **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tammy Derouen** has this day been

 **DENIED.**

cc: Frank A. Flynn, Counsel for the Appellee